AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GHISLAINE BERNARD <br><br> *Plaintiff(s)* <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY <br><br> *Defendant(s)* | Civil Action No. <br><br> 16CV61672-Lenard/Goodman |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  DEUTSCHE BANK NATIONAL TRUST COMPANY
By serving its Chairman, CEO & President:
SETH H. WAUGH
1761 E SAINT ANDREW PL.
SANTA ANA, CA 92705

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Seth Wieder, Esq.
Loan Lawyers, LLC
2150 S. Andrews Ave., 2nd Floor
Fort Lauderdale, Florida 33316
Seth@fight13.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 14, 2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ S. Reid
Deputy Clerk
U.S. District Courts